

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2011

**VIA FACSIMILE 212-805-0426**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

SDNY DOCUMENT
ELECTRONICALLY FILED
2 6 OCT 2011

Re: United States v. Soledad Milagros Aponte Silvestre,
11 Cr. 686 (LTS)

Dear Judge Swain:

    As per the Court's request at the status conference held in the above-referenced matter on October 12, 2011, the Government writes to advise the Court that it produced the audio recording of the defendant's immigration proceedings to defense counsel yesterday afternoon via Federal Express. The next status conference in this matter is scheduled for November 9, 2011, at 12:45 p.m.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Carolina A. Fornos
Assistant United States Attorney
(212) 637-2740

cc by fax:    Lance Croffoot-Suede, Esq.
                Attorney for Defendant
                212-903-9100

TOTAL P.002