# Linklaters



Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (1) 212 903 9375
Direct Fax (1) 212 903 9100
thomas.haskins@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Via Fax  212.805.0426

February 15, 2012

### United States v. Soledad Milagros Aponte Silvestre, 11 Cr. 686 (LTS)

Dear Judge Swain:

We write with regard to the final pre-trial conference in the above-referenced matter, currently scheduled for March 21, 2012 at 4:30PM. Unfortunately, Mr. Croffoot-Suede is now required to be out of the country for depositions in another matter during the week of March 19. We have spoken with the Court's clerk and been informed that the Court is able to re-schedule this hearing for March 14, 2012 at 2:00PM. We have spoken with Ms. Carolina A. Fornos, Assistant U.S. Attorney assigned to this matter, and she has consented to the change. Thus, we respectfully request that the hearing be changed to 2:00PM on March 14, 2012.

*The request is granted.*

Respectfully Submitted,

Thomas G. Haskins, Jr.
Attorney for Defendant
212.903.9375

SO ORDERED.

NEW YORK, NY
Feb 16, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc by e-mail    Carolina A. Fornos
Assistant United States Attorney
212.637.2740

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com

Please refer to www.linklaters.com/regulation for important information on our regulatory position.