# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (1) 212 903 9375
Direct Fax (1) 212 903 9100
thomas.haskins@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Via Fax 212.805.0426

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 05 2012

April 5, 2012

### United States v. Soledad Milagros Aponte Silvestre, 11 Cr. 686 (LTS)

Dear Judge Swain:

As you know, we were scheduled for a Plea hearing before Your Honor yesterday at 2:30PM. However, due to a family emergency for Mr. Croffoot-Suede, the hearing was adjourned. After conferring with Your Honor's clerk, we were advised that this hearing can be rescheduled for Tuesday, April 24 at 10:00AM, which is amenable to the parties.

The Government requests that time be excluded until then and we do not object.

Respectfully Submitted,

Thomas G. Haskins, Jr.
Attorney for Defendant
212.903.9375

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 4/24/12 AT 10:00AM IN COURTROOM 11C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 4/24/12 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

LAURA TAYLOR SWAIN, USDJ
4/5/12

cc by e-mail: Carolina A. Fornos
Assistant United States Attorney
212.637.2740

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com

Please refer to www.linklaters.com/regulation for important information on our regulatory position.