# Linklaters



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 03 2012

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (1) 212 903 9375
Direct Fax (1) 212 903 9100
thomas.naskins@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Via Fax  212.805.0426

June 28, 2012

### United States v. Soledad Milagros Aponte Silvestre, 11 Cr. 686 (LTS)

Dear Judge Swain:

    We represent the defendant in the above captioned matter. Currently, sentencing is scheduled to take place on July 12, 2012 at 2:30PM. As discussed with Your Honor's clerk, Defense counsel has had an unforeseen scheduling conflict arise. If acceptable and amenable to the Court, we request that Ms. Aponte's sentencing be moved to the afternoon of Friday, July 13. We have spoken with AUSA Carolina Fornos, who consents to this request.

Respectfully Submitted

Thomas G. Haskins, Jr.
Attorney for Defendant
212.903.9375

*The sentencing is adjourned to July 13, 2012 at 2:30pm.*
**SO ORDERED.**
NEW YORK, NY
July 3, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc by e-mail:   Carolina A. Fornos
              Assistant United States Attorney
              212.637.2740

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.