UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-　　　　　　　　　　　　　　　　　No. 11 crim 686 (LTS)

SOLEDAD MILAGROS APONTE SILVESTRE

       Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 13 2012

## ORDER

ORDERED that pursuant to sentence of time served imposed today, the defendant Soledad Milagros Aponte Silvestre is discharged from the custody of the U.S. Marshals Service.

Dated: New York, New York
       July 13, 2012

                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge